**Douglas Ray MILLER, Petitioner–Appellant,**

**v.**

**OREGON PAROLE BOARD AND POST PRISON SUPERVISION, Respondent–Appellee,**

**and**

**Post Prison Supervision, Respondent.**

**No. 07–36086.**

United States Court of Appeals, Ninth Circuit.

Feb. 2, 2011.

Anthony David Bornstein, Esq., FPDOR–Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Douglas Parks, Department of Justice, Salem, OR, for Respondent–Appellee.

Before: RICHARD A. PAEZ and RICHARD R. CLIFTON, Circuit Judges, and LARRY A. BURNS,* District Judge.

**ORDER**

The Opinion filed on January 18, 2011, 2011 WL 135041, is hereby withdrawn and vacated.

Within 14 days of the filing of this Order, each party shall submit a letter-brief addressing what effect, if any, the United States Supreme Court decision in *Swarthout v. Cooke*, 562 U.S. ——, 131 S.Ct. 859, 178 L.Ed.2d 732 (2011) has on this matter. The letter-briefs shall not exceed five pages.

The court will file a new disposition in due course.